~~NOT FOR PUBLIC VIEW~~

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of California

FILED
MAY 25 2018
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Juan Jose Martinez | ) | Case No. 18MJ1502 |
| | ) | |
| Defendant | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* JUAN JOSE MARTINEZ

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☑ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

On or about March 15, 2018, within the Southern District of California, defendant JUAN JOSE MARTINEZ, did knowingly and intentionally possess, with intent to distribute a mixture and substance containing a detectable amount of methamphetamine; a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

Date: 3/30/18

Issuing officer's signature

City and state: San Diego, California

Hon. _____ United States Magistrate Judge
Printed name and title

### Return

This warrant was received on *(date)* _____ and the person was arrested on *(date)* _____
at *(city and state)* _____

Date: _____

ARRESTED BY:
STEVEN C. STAFFORD
U.S. MARSHAL
BY: _____

Arresting officer's signature

Printed name and title