# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>          v.<br><br>JUAN JOSE MARTINEZ,<br><br>          Defendant. | Case No.: 18-MJ-1502-BGS<br><br>**ORDER OF DETENTION ON DEFENDANT'S WAIVER OF BAIL PENDING TRIAL** |
|---|---|

In accordance with the Bail Reform Act of 1984 (18 U.S.C. §§ 3141, *et seq.*), a Detention Hearing was held on May 24, 2018, in order to determine whether JUAN JOSE MARTINEZ ("Defendant") should be held in custody pending trial and, if convicted, sentencing in this matter. Assistant United States Attorney Jaclyn Stahl appeared on behalf of the United States. Attorney Leila Morgan appeared on behalf of Defendant.

Defendant knowingly and voluntarily waived his right, on the record and in the presence of counsel, to the setting of bail and to a detention hearing. Based on that waiver, the Court orders that Defendant be detained pending trial and, if convicted, sentencing in this matter, without prejudice or waiver of Defendant's right to later apply for bail and conditions of release, and without prejudice or a waiver of the right

of the United States to seek detention in the event of an application by Defendant for such relief.

**O R D E R**

**IT IS HEREBY ORDERED** that Defendant be detained pending trial and, if convicted, sentencing in these matters.

**IT IS FURTHER ORDERED** that Defendant be committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentence or being held in custody pending appeal. Defendant shall be afforded reasonable opportunity for private consultation with counsel.

While in custody, upon order of a court of the United States or upon the request of an attorney for the United States, the person in charge of the correctional facility shall deliver Defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding or any other appearance stipulated to by defense and Government counsel.

This order is made without prejudice to modification by this Court and without prejudice to Defendant's exercise of his right to bail and a detention hearing at a future date.

**IT IS SO ORDERED.**

DATED: 5/30/2018

HONORABLE BERNARD G. SKOMAL
United States Magistrate Judge