**FILED**
Jun 07 2018
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY   s/ kristenb   DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>JUAN JOSE MARTINEZ,<br><br>　　　　　　　　Defendant. | Case No. '18 CR2796 CAB<br><br>**I N F O R M A T I O N**<br><br>Title 21, U.S.C.,<br>Sec. 841(a)(1) - Possession<br>of Methamphetamine with<br>Intent to Distribute<br>(Felony) |

The United States Attorney charges:

Count 1

On or about March 15, 2018, within the Southern District of California, defendant, Juan Jose Martinez, did knowingly and intentionally possess, with intent to distribute, 5 grams and more, to wit: approximately 88.2 grams of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

DATED: 6/7/18.

　　　　　　　　　　　　　　ADAM L. BRAVERMAN
　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　CARLOS ARGUELLO
　　　　　　　　　　　　　　Assistant U.S. Attorney

JAG:CA 6/7/2018