# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CASE NUMBER 18CR 2796 -CAB |
| vs ) | ABSTRACT OF ORDER |
| ) | Booking No. 69646 298 |
| JUAN JOSE MARTINEZ ) | |

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of 7/5/2018
the Court entered the following order:

✓ Defendant be released from custody.

____ Defendant placed on supervised / unsupervised probation / supervised release.

____ Defendant continued on supervised / unsupervised probation / supervised release.

✓ Defendant released on $ 50,000.00 bond posted.

____ Defendant appeared in Court. FINGERPRINT & RELEASE.

____ Defendant remanded and ( ____ bond) ( ____ bond on appeal) exonerated.

____ Defendant sentenced to TIME SERVED, supervised release for ____ years.

____ Bench Warrant Recalled.

____ Defendant forfeited collateral.

____ Case dismissed.

____ Case dismissed, charges pending in case no. ____

____ Defendant to be released to Pretrial Services for electronic monitoring.

____ Other. ____

CATHY ANN BENCIVENGO
UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR
JOHN MORRILL      Clerk
by
Deputy Clerk

Received ____
          DUSM

Crim-9 (Rev. 8-11)

for LORI HERNANDEZ     ★ U.S. GPO: 1996-783-398/40151

ALEX RAMOS (619)557-5291

CLERK'S COPY

RECEIVED
2018 JUL -5 PM 2:33
U.S. MARSHALS-S/CA