```
                                        FILED
                                     FEB - 6 2019
                              CLERK US DISTRICT COURT
                           SOUTHERN DISTRICT OF CALIFORNIA
                           BY                    DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 18-CR-2796-CAB |
|---|---|
| Plaintiff, | S U P E R S E D I N G |
| | I N F O R M A T I O N |
| v. | |
| | Title 21, U.S.C., Sec. |
| JUAN JOSE MARTINEZ, | 841(a)(1) – Possession of |
| | Methamphetamine with Intent |
| Defendant. | to Distribute (Felony) |

The United States Attorney charges:

Count 1

On or about October 24, 2013, within the Southern District of California, defendant JUAN JOSE MARTINEZ, did knowingly and intentionally possess with intent to distribute, 5 grams and more, to wit: approximately 88.2 grams of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

///
///
///
///

Count 2

On or about March 15, 2018, within the Southern District of California, defendant JUAN JOSE MARTINEZ, did knowingly and intentionally possess, with intent to distribute, methamphetamine, a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

DATED: Feb. 6, 2019.

ROBERT S. BREWER
~~ADAM L. BRAVERMAN~~
United States Attorney

CARLOS ARGUELLO
Assistant U.S. Attorney

2