AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                 Plaintiff,<br><br>v.<br><br>JUAN JOSE MARTINEZ,<br><br>                 Defendant. | Case No. 18-CR-2796-CAB<br><br>**WAIVER OF AN INDICTMENT** |

I, JUAN JOSE MARTINEZ, understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by Superseding Information.

DATED: 1/11/19

_____
JUAN JOSE MARTINEZ
Defendant

DATED: 1/11/2019

_____
LEILA W. MORGAN
Defendant's Attorney

_____
JUDICIAL OFFICER

**FILED**

FEB - 6 2019

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY