PS 8C
(05/08)

August 1, 2019

# UNITED STATES DISTRICT COURT
## FOR THE
## SOUTHERN DISTRICT OF CALIFORNIA

### Petition for Summons for Defendant on Pretrial Release

**Name of Defendant:** Juan Jose Martinez  (English)     **Dkt No.:** 3:18CR2796-CAB-01

**Reg. No.:** 69646-298

**Name of Judicial Officer:** The Honorable Cathy Ann Bencivengo, U.S. District Judge

**Date Conditions Ordered:** July 2, 2018, before the Honorable Cathy Ann Bencivengo, U.S. District Judge

**Charged Offense:** Title 21 U.S.C. 841 21:841(a)(1) - Possession of Methamphetamine with Intent to Distribute

**Conditions of Release:** *Mandatory Conditions*: the defendant must not violate federal, state, or local law during the period of release; and must cooperate in the collection of a DNA sample as authorized by 42 U.S.C. § 14135a. *Standard Conditions*: the defendant must appear in court as ordered and surrender as directed to serve any sentence; not possess a firearm, destructive device, or other dangerous weapon; not use or possess a narcotic drug or other controlled substance without a lawful medical prescription; must not use or possess marijuana under any circumstances; report to the U.S. Pretrial Services Office (619-557-5738) on the day of the initial court appearance or within 24 hours of the defendant's release from custody, whichever is later; must report as directed by the Pretrial Services Office and follow all directions of the Pretrial Services Office; must advise the Court or the Pretrial Services Office in writing of: (1) the defendant's current residence address and phone number, when first reporting to Pretrial Services; and any new contact information, before making any changes of residence or phone number; must read this Pretrial Release Order and the "Advice of Penalties and Sanctions" form or have them read to the defendant in the defendant's native language; must acknowledge the defendant's understanding of all the pretrial release conditions and the penalties and sanctions for any violations, by signing the "Advice of Penalties and Sanctions" form; and restrict travel to San Diego County; Central District of California; do not enter Mexico. *Additional Condition*: actively seek or continue full-time employment, or schooling, or a combination of both; submit to drug/alcohol testing no more than 8 times per month and/or outpatient substance abuse therapy and counseling, as directed by Pretrial Services Office. Testing may include urine testing, the wearing of a patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. Pretrial Services need not notify the Court of test results attributed to residual elimination; participate in the Location Monitoring Program and comply with its requirements as directed under Home Detention: restricted to residence at all times except for Pretrial Services-approved absences for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; Court-ordered obligations; or other activities and complete residential drug treatment program as directed by Pretrial Services (location monitoring is suspended while in residential treatment).

PS 8C
(05/08)

**Name of Defendant:** Juan Jose Martinez  
**Docket No.:** 3:18CR2796-CAB-01

August 1, 2019  
Page 2

**Modification:** On November 9, 2018, your Honor modified the defendant's condition of pretrial release ordering the removal of the Location Monitoring condition.

**Date Released on Bond:** July 5, 2018

**Next Court Hearing:** August 2, 2019, at 9:00 a.m. before your Honor for Sentencing with PSR.

**Asst. U.S. Atty.:** Carlos Arguello  
(619) 546-6684

**Defense Counsel:** Leila Morgan (Appointed)  
(619) 234-8467

**Prior Violation History:** None

## PETITIONING THE COURT

**TO SUMMON THE DEFENDANT TO APPEAR IN COURT AND ADDRESS THE ALLEGATIONS**

The Pretrial Services officer believes that the defendant has violated the following condition(s) of pretrial release:

| CONDITION(S) | ALLEGATION(S) OF NONCOMPLIANCE |
|---|---|
| **(Standard/Special Condition)** Not use or posses a narcotic drug or other controlled substance without a lawful medical prescription, not use marijuana under any circumstances | 1. The defendant used methamphetamine on July 21, 2019, as evidenced by his own admission. |

### *Grounds for Revocation:*

On July 2, 2018, the Court set conditions of release which include a condition the defendant not possess or use any narcotic drug or other controlled substance without a lawful medical prescription. Further, it was ordered the defendant enter a drug treatment program. During a post-release intake interview on July 6, 2018, the conditions of release were reviewed and the defendant acknowledged and understanding of them.

PS 8C
(05/08)

**Name of Defendant:** Juan Jose Martinez  
**Docket No.:** 3:18CR2796-CAB-01

August 1, 2019  
Page 3

On July 23, 2019, the defendant submitted a urine sample which screened positive for amphetamines. On July 31, 2019, our office spoke to the defendant regarding the positive drug screen. Mr. Martinez admitted using methamphetamine on July 21, 2019. He reported emotional stress as his girlfriend is currently undergoing cancer treatment and his sentencing date is approaching. Defendant reported he immediately regretted his decision to use drugs as he had remained sober for all his pretrial supervision period and affirmed he can abstain from any further drug use.

## SUPERVISION ADJUSTMENT

Mr. Martinez' adjustment to supervision is assessed as good prior to the instant violation. He was released on bond on July 5, 2019, and has been participating in random drug testing since his release and all of his past urine samples were negative. He completed his drug treatment successfully, is presently employed full-time and continues to report as directed by Pretrial Services.

Criminal computerized record checks reveal no new arrest or convictions.

## RECOMMENDATION/JUSTIFICATION

Pretrial Services respectfully recommends an Order to Show Cause Hearing be held at the same time of his Sentencing Hearing on August 2, 2019, at 9:00 a.m., before your Honor.

I declare under penalty of perjury that the foregoing is true and correct.

**Executed on:** August 1, 2019

Respectfully submitted:  
LORI A. GAROFALO  
CHIEF PRETRIAL SERVICES OFFICER

by _____  
Eva Arevalo  
U.S. Pretrial Services Officer  
(619) 557-7606  
Place: San Diego, California

Reviewed and approved:

_____  
Boris Ilic  
Supervising U.S. Pretrial Services Officer

PS 8C
(05/08)

**Name of Defendant:** Juan Jose Martinez　　　　　　　　　　　　　　　August 1, 2019
**Docket No.:** 3:18CR2796-CAB-01　　　　　　　　　　　　　　　　　　　　　Page 4

## THE COURT ORDERS:

__✓__　**AGREE**, schedule an Order to Show Cause Hearing at the same time of his Sentencing Hearing on August 2, 2019, at 9:00 a.m., so the defendant can show cause why his bond should not be revoked.

_____　Other _____

_____

_____

_____　　　　_____8/1/19_____
The Honorable Cathy Ann Bencivengo　　　　　　　Date
U.S. District Judge